

**Office of the New York State
Attorney General**

James
eneral

Application granted. The conference is
adjourned to 4:00 p.m. the same day.

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        June 18, 2026

Jui

Honorable Philip M. Halpern, District Judge
Southern District of New York
300 Quarropas Street, Courtroom 520
White Plains, New York 10601

Re:    Moore v. Fitzpatrick, 25-cv-7504 (SDNY/PMH)

Dear Judge Halpern:

I write pursuant to this Court's Individual Practices 1.F. to request an adjournment of the in-person discovery conference currently scheduled for June 29, 2026 at 12:30 p.m. (Doc. 31) to a later time on June 29 or to any other day during the week of June 29.

The basis for the request is a scheduling conflict in a separate matter before Your Honor, *Fuentes v. Martuscello,* 23-cv-9464. The close of Fact Discovery in *Fuentes* is June 30, 2026. The deposition of plaintiff, Jesus Fuentes, is scheduled for the morning of June 29, 2026. The deposition has been re-scheduled twice before due to facility issues and to accommodate the scheduling of the defendants who have been or will be deposed in that case.

Plaintiff's counsel in *Moore* has consented to this request. This is defendants' first request for an adjournment of this conference.

Defendants apologize for any inconvenience this may cause the Court.

Sincerely,

Elizabeth Barbanes
Assistant Attorney General
Office: 914-422-8765

Moore v. Fitzpatrick
June 18, 2026
Page 2


via ECF
cc: Adam Strychaluk
    Attorney for Plaintiff